IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Criminal No.: MJM-23-0445 |
| | * | |
| WILLIE CLANTON | * | |

\* \* \* \* \* \* \* \* \*

## MOTION FOR DETENTION HEARING

Willie Clanton, through counsel, Alan R. L. Bussard, Esquire, hereby moves this Honorable Court, pursuant to Title 18, § 3142 to conduct a detention hearing at the earliest date convenient to all parties in this matter and for reasons states:

1. The defendant is currently charged in a multi-defendant, multi count Indictment with Conspiracy to Distribute a Controlled Substance and related charges.

2. On February 21, 2024, the defendant appeared before the Honorable Mark Coulson, United States Magistrate Judge for the District of Maryland for an Initial Appearance.

3. Because United States Pretrial Services was unable to verify Mr. Clanton's residence and family contact information, Mr. Clanton consented to detention without prejudice. He has remained detained at Chesapeake Detention Facility since that time.

4. Since that hearing, appropriate contact and residence information has been obtained and forwarded to Pretrial Services. In addition, a possible third-party custodian, the defendant's 71-year-old mother, has stepped forward.

5. Mr. Clanton submits that his mother's willingness to act as a third-party custodian

along with other information that will be presented at a hearing will have a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.18 U.S.C. § 3142.

6. Mr. Clanton now respectfully requests a detention hearing.

7. That the government, per Calvin Miner, Assistant United States Attorney, remains opposed to the release of the defendant.

WHEREFORE, the defendant respectfully request that this Honorable court conduct a review of the Detention by Agreement Order in the instant case, that this matter be set for a detention hearing at the Court's convenience and that an Order Setting Conditions of Release be issued.

Respectfully submitted,

_____/s/_____
Alan R. L. Bussard, Fed. Bar No: 1317
304 Wynell Court
Timonium, Maryland 21093
410-821-1155
alan.bussard@bussardlaw.com

**REQUEST FOR HEARING**

The Defendant, Willie Clanton, by his attorney, Alan R. L. Bussard, pursuant to Rule 105.6 of the local rules of the United States District Court for the District of Maryland, requests a hearing on the Review of Order of Detention.

_____/s/_____
Alan R. L. Bussard

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 7th day of March, 2024, a copy of the foregoing Motion for Detention Hearing and was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Calvin Miner, Esquire
Office of the U.S. Attorney
36 S Charles Street, 4th Floor
Baltimore, Maryland 21201.

_____/s/_____
Alan R. L. Bussard